IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT
CENTRAL DIVISION

Re: Miller, Randall & Jennifer           No. 10-03956

               Debtor.                   AMENDMENT TO
                                         SCHEDULE C (Exemptions)

---

COMES NOW the Debtors herein and amend their Schedule C and all other pertinent schedules as follows, to-wit:

| Property | Iowa Code Section | Amount | Value |
|---|---|---|---|

See attached Amended schedules.

Dates: This __5_ day of ____November_____ 2010.

_____
Jeff Mathias #IS9-99-9850
4800 Mills Civic Parkway, Ste. 218
West Des Moines, IA 50265
515-261-7526
ATTORNEY FOR DEBTOR

| STATE OF IOWA | ) | |
|---|---|---|
| | ) | SS: |
| POLK COUNTY | ) | |

I declare under penalty of perjury that I have read the foregoing Amendment to Schedule C and that the statements and information contained therein are true and correct to the best of my knowledge and belief.

                                  /s/ Randall Miller
                                  Debtor

                                  /s/ Jennifer Miller
                                  Co Debtor

Certificate of Service

Now on this __5__ day of __November__, 2010 the foregoing were served by Electronic Notice.

_Jeff Mathias_

Trustee- electronic

United States Trustee - electronic

B6C (Official Form 6C) (4/10)

In re  Randall J. Miller, Sr.,  Case No. __10-03956__
       Jennifer L. Miller
                                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box) $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2) *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Homestead - Con't Pmts<br>48901 310th Ave.<br>Russell, IA 50238 | Iowa Code §§ 561.2, 561.16, 499A.18 | 2,000.00 | 215,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Tradesman Checking/Savings<br>Great Western Checking<br>Heritage Checking | Wages or Social Security Benefits held in bank accounts and received within 90 days of filing, Miehe (438 NW2d 837) | 1,156.00 | 1,156.00 |
| **Household Goods and Furnishings** | | | |
| Goods & Furnishings | Iowa Code § 627.6(5) | 3,000.00 | 3,000.00 |
| **Wearing Apparel** | | | |
| Clothing | Iowa Code § 627.6(5) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Wedding Rings | Iowa Code § 627.6(1)(a) | 200.00 | 200.00 |
| **Interests in Insurance Policies** | | | |
| Term Life- Jennifer | Iowa Code §§ 509.12, 509A.9 | 0.00 | 0.00 |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| 401k- Jennifer | Iowa Code §§ 29A.41, 29A.70 | 600.00 | 600.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Pension- Randall | Iowa Code § 627.6(8)(e) & (f) | 0.00 | 0.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Accrued Wages | 15 U.S.C.A. § 1673 | 1,500.00 | 1,500.00 |
| Tax Refunds | Iowa Code § 627.6(10) | 2,000.00 | 2,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 Saturn Ion - Con't Pmts | Iowa Code § 627.6(9) | 0.00 | 4,200.00 |
| 1992 Ford Pick Up | Iowa Code § 627.6(9) | 3,000.00 | 3,000.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **Randall J. Miller, Sr.,**
**Jennifer L. Miller**

Case No. **10-03956**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2003 Suzuki Ozark 250 ATV<br>Purchased 2003 for $1800<br>Scratched Up | Iowa Code § 627.6(14) | 2,000.00 | 2,550.00 |
| 2005 Kawasaki 750 ATV<br>Purchased 2003 for $4500<br>This ATV has been rolled several times and has bumper damage, right front damage, cracked & scratched up | | | |
| Sold in 2005 to Randall Miller Jr. (Age 16 at the time) for $4500 for both, no written contract of sale, did not transfer title | | | |
| Debtors have no equitable interest in these ATV's. | | | |
| Amendment is re. trustee inquiry re. presumption of ownership.<br>Each debtor appears on at least one title.<br>Valuations based on comperable listings online. | | | |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| 16' Enclosed Trailer- Used in carpentry work<br>2003 H&H | Iowa Code § 627.6(11) | 2,000.00 | 2,000.00 |
| Carpentry Tools- Table saw, mitre box & hand tools | Iowa Code § 627.6(11) | 1,200.00 | 1,200.00 |
| | Total: | 19,156.00 | 236,906.00 |

Sheet **1** of **1** continuation sheets attached to the Schedule of Property Claimed as Exempt